## IN RE: SUPREME COURT COMMITTEE
## on CIVIL PRACTICE

Supreme Court of Arkansas
Delivered April 15, 2004

PER CURIAM. D.P. Marshall Jr., of Jonesboro, is appointed Reporter to the Supreme Court Committee on Civil Practice to fill the position held by Professor John J. Watkins of Fayetteville, who retired effective December 31, 2003. *See In Re: Retirement of John J. Watkins from the Committee on Civil Practice,* issued on this date. The Court thanks Mr. Marshall for accepting appointment to the Reporter's post on this most important committee.

## IN RE: SUPREME COURT COMMITTEE on the
## UNAUTHORIZED PRACTICE of LAW

Supreme Court of Arkansas
Delivered May 20, 2004

PER CURIAM. King Benson, Esq., of Paragould, First Congressional District, is reappointed to the Supreme Court Committee on the Unauthorized Practice of Law for a three-year term to expire on May 31, 2007. Ms. Donna Osborne of Little Rock is reappointed to an At-Large Position for a three-year term to expire on May 31, 2007. The Court thanks Mr. Benson and Ms. Osborne for accepting reappointment to this important Committee.